IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MOHAMMED NAEIM, | § § | |
| Plaintiff, | § § | 2:17-CV-48 |
| v. | § § | |
| NANCY A. BERRYHILL, | § § | |
| Defendant. | § | |

**FINDINGS, CONCLUSION AND RECOMMENDATION TO DISMISS COMPLAINT**

On March 9, 2017, plaintiff filed with this Court a cause of action pursuant to 42 U.S.C. § 405(g), seeking review of a final decision of defendant NANCY A. BERRYHILL, Commissioner of Social Security, denying plaintiff disability benefits. Defendant filed an answer to plaintiff's complaint on August 8, 2017. Pursuant to a Scheduling Order issued December 27, 2017, plaintiff's brief was due on January 29, 2018. On February 9, 2018, the Court issued on Order to Show Cause why plaintiff failed to file a brief as ordered. The response was due March 12, 2018.

Plaintiff did not file his brief, nor a response to the Order to Show Cause, on or before the deadline. As of this date, no brief has been filed. Consequently, the Magistrate Judge recommends the pending complaint be DISMISSED for failure to timely file the brief and for want of prosecution.

The United States District Clerk is directed to send a copy of these findings, conclusions and recommendation to each party by the most efficient means available.

IT IS SO RECOMMENDED.

ENTERED on March 27, 2018.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE


\* <u>NOTICE OF RIGHT TO OBJECT</u> \*

Any party may object to these proposed findings, conclusions and recommendation. In the event parties wish to object, they are NOTIFIED that the deadline for filing objections is fourteen (14) days for the date of filing as indicated by the "entered" date directly above the signature line. Service is complete upon mailing, Fed. R. Civ. P. 5(b)(2)(C), or transmission by electronic means, Fed. R. Civ. P. 5(b)(2)(E). **Any objections must be filed on or before the fourteenth (14) day after this recommendation is filed** as indicated by the "entered" date. *See* U.S.C. § 636(b); Fed. R. Civ. P. 72(b); *see also* Fed. R. Civ. P. 6(d).

Any such objections shall be made in a written pleading entitled "Objections to the Findings, Conclusions and Recommendation." Objecting parties shall file the written objections with the United States District Clerk and serve a copy of such objections on all other parties. A party's failure to timely file written objections shall bar an aggrieved party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings, legal conclusions, and recommendation set forth by the Magistrate Judge and accepted by the district court. *See Douglass v. United Services Auto. Ass'n,*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1), *as recognized in ACS Recovery Servs., Inc v. Griffin*, 676 F.3d 512, 521 n.5 (5th Cir. 2012); *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988).