IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| MOHAMMED NAEIM, | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:17-CV-048-D |
| | § | |
| NANCY A. BERRYHILL, | § | |
| Acting Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff has appealed the decision of the Commissioner of the Social Security Administration denying plaintiff disability insurance benefits. The United States Magistrate Judge entered her findings, conclusions, and recommendation on March 27, 2018, recommending that this matter be dismissed for want of prosecution.

Following *de novo* review, the court adopts the findings, conclusions, and recommendation of the magistrate judge and dismisses this action for want of prosecution by judgment filed today.

**SO ORDERED.**

April 18, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE